**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE WEIGERS, et al.,<br><br>　　　　　　　Defendants. | Case No. CR05-231JCC<br><br>3rd Supplemental Minute Order<br>Re: Settlement Conference |

　　Minute Order generated December 6, 2005 at the direction of the Honorable John C. Coughenour referred seven defendants named in the above captioned cause to U.S. Magistrate Judge J. Kelley Arnold for purposes of a settlement conference.

　　Those defendants were: Michael Pleich; Darrell Morris, Walter Bail, Vincent Reeves, Hugh Henschel, Anthony Devries, and Gerald Raschka.

　　Earlier Minute Orders revealed that all of the defendants referred have reached agreement with the government except Walter Bail and Vincent Reeves.  **The government and Walter Bail have since reached agreement and a plea has been entered.**

　　**Defendant Vincent Reeves and the government have not been able to negotiate a settlement of this matter.  Magistrate Judge Arnold has no further discussions scheduled regarding Vincent Reeves.**

　　Absent further direction from the Honorable John C. Coughenour, Magistrate Judge Arnold considers his assigned responsibilities as of this date completed.

Entered by Deputy Clerk, */s/Kelly Miller*, this 13th day of January 2006.

ORDER
Page - 1