UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HUGH GALE HENSCHEL,<br><br>        Defendant. | Case No. CR05-231-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 30, 2008. The United States was represented by Assistant United States Attorney Bruce Miyake, and the defendant by James Vonasch. The proceedings were digitally recorded.

The defendant had been charged and convicted of Racketeer Influence and Corrupt Organization-RICO, in violation of 18 U.S.C. § 1962(c). On or about April 7, 2006, defendant was sentenced in the Honorable John C. Coughenour to a term of twelve (12) months and one (1) day in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participate in substance abuse program, financial disclosure, submit to search, no self employment or employment with friends without approval, no association with outlaw motorcycle gang members, and abstain from alcohol.

In a Petition for Warrant or Summons, dated October 8, 2008, U.S. Probation Officer Jerrod Akins asserted the following violation by defendant of the conditions of his supervised release:

    (1) Consuming methamphetamine on or before September 16, 2008, in violation of standard condition No. 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on violation number 1 has been set before the Honorable John C. Coughenour on December 12, 2008 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 30th day of October, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
    AUSA: Mr. Bruce Miyake
    Defendant's attorney: Mr. James Vonasch
    Probation officer: Mr. Lisa Combs